IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:21-cv-00800 |
| v. | ) | |
| | ) | |
| IDEMIA IDENTITY AND SECURITY USA LLC, | ) | District Judge Aleta A. Trauger |
| | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS
OF JEREMY SOSNA (PRO HAC VICE APPLICATION FILED)

Pursuant to the Administrative Order No. 217 (Dkt 2), notice is hereby given that the name of the law firm and address for Jeremy Sosna should be corrected as follows:

Littler Mendelson, P.C.
1300 IDS Center
80th South Eighth Street
Minneapolis, MN 55402

Respectfully submitted,

/s/ Elise H. McKelvey
J. Christopher Anderson, TN Bar No. 019279
Elise H. McKelvey, TN Bar No. 033348
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
615.383.3033 (phone)
615.383.3323 (fax)
chrisanderson@littler.com
emckelvey@littler.com

                                            Jeremy Sosna (MN Bar No. 290233)
                                            *Pro Hac Vice Application Filed*
                                            LITTLER MENDELSON, P.C.
                                            1300 IDS Center
                                            80th South Eighth Street
                                            Minneapolis, MN 55402
                                            612.630.1000 (phone)
                                            612.630.9626 (fax)
                                            jsosna@littler.com

                                            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including the following:

Heather Moore Collins
Caroline Drinnon
Collins & Hunter PLLC
7000 Executive Center Drive, Sutie 320
Brentwood, TN 37027
heather@collinshunter.com
caroline@collinshunter.com

Kevin H. Sharp
Leigh Ann St. Charles
Sanford Heisler Sharp, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

                                            */s/ Elise H. McKelvey*
                                            Elise H. McKelvey