IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLE JORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-800 |
| ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby ORDERED that the initial case management conference scheduled for Monday, January 10, 2022 at 3:30 p.m. will be held by teleconference. Lead counsel for each party shall participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge