IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES CARROLL, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 3:21-cv-800 |
| | ) Judge Trauger |
| IDEMIA IDENTITY AND SECURITY USA, LLC, | ) |
|     Defendant. | ) |

**O R D E R**

It is hereby ORDERED that the initial case management conference scheduled for Monday, January 10, 2022 at 3:00 p.m. will be held by teleconference. Lead counsel for each party shall participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge