UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00800 |
| | ) | Judge Aleta A. Trauger |
| | ) | |
| IDEMIA IDENTITY AND SECURITY USA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, IDEMIA Identity and Security USA LLC's Motion for Summary Judgment (Doc. No. 56) is hereby **GRANTED**. The pending Motion for Hearing (Doc. No. 61) and Motion in Limine (Doc. No. 81) are **DENIED** as moot.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge