# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Charles Carroll

            Plaintiff,

v.                  Case No.: 3:21−cv−00800

Idemia Identity and Security USA LLC

            Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/22/2023 re [93].

                       Lynda M. Hill
                  s/ Aubrey L Frantz, Deputy Clerk